# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ZATA ARD

NO. 2020 CW 0159

VERSUS

STATE OF LOUISIANA, THROUGH
OFFICE OF GROUP BENEFITS

**MAY 1 2 2020**

---

In Re:   The State of Louisiana, Office of the Governor,
         Division of Administration, Office of Group
         Benefits(OGB), applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 688482.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                          **PMc**
                          **JEW**
                          **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT